# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ACEVEDO, RUVEN GACEVETO | § | Case No. 12-37918 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ \_\_\_\_\_ as interim compensation and now requests a sum of $ \_\_\_\_\_ , for a total compensation of $ \_\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ \_\_\_\_ , and now requests reimbursement for expenses of $ \_\_\_\_ , for total expenses of $ \_\_\_\_ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/JOSEPH E. COHEN_____
               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-37918 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | ACEVEDO, RUVEN GACEVETO | | | Date Filed (f) or Converted (c): | 09/25/12 (f) |
| | | | | 341(a) Meeting Date: | 11/08/12 |
| For Period Ending: | 09/14/13 | | | Claims Bar Date: | 09/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 862 Glenview Avenue, Mundelein | 133,564.00 | 0.00 | | 0.00 | 0.00 |
| 2. Location: 862 Glenview Avenue, Mundelein IL 60060 | 100.00 | 0.00 | | 0.00 | 0.00 |
| Location: 862 Glenview Avenue, Mundelein IL 60060 | | | | | |
| 3. Bank of America in Mundelein | 1,800.00 | 0.00 | | 0.00 | 0.00 |
| Bank of America in Mundelein | | | | | |
| 4. CD at PNC acquired with social security payments m | 0.00 | 0.00 | | 0.00 | 0.00 |
| CD at PNC acquired with social security payments made to 7 yr. old daughter. Debtor's name is on account because daughter is a minor. | | | | | |
| 5. couches, TVs, beds, general household goods Locati | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| couches, TVs, beds, general household goods Location: 862 Glenview Avenue, Mundelein IL 60060 | | | | | |
| 6. Men's wardrobe | 500.00 | 0.00 | | 0.00 | 0.00 |
| Men's wardrobe | | | | | |
| 7. 2 rings | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 2 rings | | | | | |
| 8. Stock in Rancho Grande | 0.00 | 0.00 | | 0.00 | 0.00 |
| Stock in Rancho Grande | | | | | |
| 9. various small loans to people (most no longer in c | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| various small loans to people (most no longer in country) | | | | | |
| 10. Potential Taxd Refund for 2012 and potential claim | 0.00 | 0.00 | | 0.00 | 0.00 |
| Potential Taxd Refund for 2012 and potential claim against landlord. | | | | | |
| 11. 2007 Mercedes E Class | 18,500.00 | 0.00 | | 0.00 | 0.00 |
| 2007 Mercedes E Class | | | | | |
| 12. fax machine and computer | 50.00 | 0.00 | | 0.00 | 0.00 |
| fax machine and computer | | | | | |
| 13. Food inventory - estimate of $1500 | 0.00 | 0.00 | | 0.00 | 0.00 |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                    Ver: 17.03

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 12-37918 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ACEVEDO, RUVEN GACEVETO | Date Filed (f) or Converted (c): | 09/25/12 (f) |
| | | 341(a) Meeting Date: | 11/08/12 |
| | | Claims Bar Date: | 09/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Food inventory - estimate of $1500 | | | | | |
| 14. Old restaurant equipment - estimated value of $10, | 0.00 | 0.00 | | 0.00 | 0.00 |
| Old restaurant equipment - estimated value of $10,000 | | | | | |
| 15. dog | 0.00 | 0.00 | | 0.00 | 0.00 |
| dog | | | | | |
| 16. PERSONAL INJURY (u) | Unknown | 30,000.00 | | 27,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $157,514.00 | $30,000.00 | | $27,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/31/13    Current Projected Date of Final Report (TFR): 10/31/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-37918 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ACEVEDO, RUVEN GACEVETO | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2374  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7551 | | |
| For Period Ending: | 09/14/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/15/13 | 16 | LIBERTY MUTUAL | Settlement of Lawsuit | 1242-000 | 27,000.00 | | 27,000.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.01 | 26,977.99 |
| 09/10/13 | 300001 | MARTIN B. SCHORSCH | Attorney for Trustee fees | 3210-000 | | 10,800.00 | 16,177.99 |

|  | Account *******2374 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
|  | 1 | Deposits | 27,000.00 | 1 | Checks | 10,800.00 |
|  | 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 22.01 |
|  | | | | 0 | Transfers Out | 0.00 |
|  | | Subtotal | $ 27,000.00 | | | |
|  | | | | | Total | $ 10,822.01 |
|  | 0 | Adjustments In | 0.00 | | | |
|  | 0 | Transfers In | 0.00 | | | |
|  | | Total | $ 27,000.00 | | | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 14, 2013 |
|---|---|---|---|---|---|---|

Case Number: 12-37918  
Debtor Name: ACEVEDO, RUVEN GACEVETO

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL | Administrative | | $2,046.00 | $0.00 | $2,046.00 |
| 000001<br>050<br>4210-00 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6441 | Secured | | $20,686.79 | $0.00 | $20,686.79 |
| 999<br>8200-00 | RUVEN GACEVETO ACEVEDO<br>862 GLENVIEW AVENUE<br>MUNDELEIN, IL  60060 | Unsecured | | $3,978.01 | $0.00 | $3,978.01 |
| 000002<br>070<br>7100-00 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $1,007.00 | $0.00 | $1,007.00 |
| 000003<br>070<br>7100-00 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | Unsecured | | $110.00 | $0.00 | $110.00 |
| 000004<br>070<br>7100-00 | eCAST Settlement Corporation,<br>assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $5,984.78 | $0.00 | $5,984.78 |
| | Case Totals: | | | $33,812.58 | $0.00 | $33,812.58 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-37918
Case Name: ACEVEDO, RUVEN GACEVETO
Trustee Name: JOSEPH E. COHEN

        Balance on hand         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | $ | $ | $ |
| 000003 | Illinois Bell Telephone Company % AT&T Services, Inc Karen Cavagnaro, Paralegal One AT&T Way, Room 3A104 Bedminster, NJ 07921 | $ | $ | $ |
| 000004 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

The amount of surplus returned to the debtor after payment of all claims and interest is $          .