# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ACEVEDO, RUVEN GACEVETO | § | Case No. 12-37918 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

### CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 11/08/2013 in Courtroom

North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____
Clerk, U. S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ACEVEDO, RUVEN GACEVETO | § | Case No. 12-37918 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 27,000.00 |
| and approved disbursements of | $ | 10,822.01 |
| leaving a balance on hand of[1] | $ | 16,177.99 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $   3,052.20 | $   0.00 | $   3,052.20 |
| Trustee Expenses: JOSEPH E. COHEN | $   56.72 | $   0.00 | $   56.72 |
| Attorney for Trustee Fees: COHEN & KROL | $   2,046.00 | $   0.00 | $   2,046.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,154.92 |
| Remaining Balance | $ | 11,023.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,101.78  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | $        1,007.00 | $           0.00 | $        1,007.00 |
| 000003 | Illinois Bell Telephone Company % AT&T Services, Inc Karen Cavagnaro, Paralegal One AT&T Way, Room 3A104 Bedminster, NJ 07921 | $          110.00 | $           0.00 | $          110.00 |
| 000004 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | $        5,984.78 | $           0.00 | $        5,984.78 |

Total to be paid to timely general unsecured creditors        $              7,101.78

Remaining Balance $_____ 3,921.29

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,921.29 .

Prepared By: /s/Joseph E. Cohen _____
                               Trustee

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 12-37918-ABG
Ruven Gaceveto Acevedo                                                          Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 2          Date Rcvd: Sep 27, 2013
                             Form ID: pdf006           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2013.
db        +Ruven Gaceveto Acevedo,    862 Glenview Avenue,    Mundelein, IL 60060-1610
19480612  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
            (address filed with court: Citgo Oil / Citibank,    Attn: Bankruptcy,   Po Box 20363,
            Kansas City, MO 64195)
19480609  +Capl/bstby,    Po Box 5253,   Carol Stream, IL 60197-5253
19480611  +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
19480610  +Chase,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
19480615  +Nbgl-carsons,    Po Box 5253,   Carol Stream, IL 60197-5253
19480616  +Rino's Distributor, Inc.,    4835 West Harrison Street,    Chicago, IL 60644-5130
19480617  +SC Real Estate LLC,    co Cole Sadkin,    1415 W. Barry Avenue, Suite 3,   Chicago, IL 60657-4205
19480618  +Sears/cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
19480620  +State Farm Fncl Svcs F,    State Farm Bank/ Attention: Bankruptcy,    Po Box 2328,
            Bloomington, IL 61702-2328
20969927   eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,   POB 29262,
            New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19480607   E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 28 2013 01:29:06    American Honda Finance,
            Po Box 168088,    Irving, TX 75016
20696122   E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 28 2013 01:29:06
            American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
            Irving, TX 75016-8088,    866-716-6441
20900603   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2013 01:36:54
            American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,    PO Box 248848,
            Oklahoma City, OK  73124-8848
19480614  +E-mail/Text: bankruptcy.bnc@gt-cs.com Sep 28 2013 01:31:33    Consecofin/Greentree,
            Attn: Bankruptcy Department,   P.O. Box 6154,    Rapid City, SD 57709-6154
20951505  +E-mail/Text: g17768@att.com Sep 28 2013 01:30:58    Illinois Bell Telephone Company,
            % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
            Bedminster, NJ 07921-2693
19480619  +E-mail/Text: bankruptcy@sw-credit.com Sep 28 2013 01:33:04    Southwest Credit Syste,
            4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
                                                                                      TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19480606    Alexandra Acevedo
19480608* ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
            (address filed with court: American Honda Finance,    Po Box 168088,    Irving, TX 75016)
19480613* ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
            (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
            Po Box 20363,   Kansas City, MO 64195)
                                                                          TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2013                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2013 at the address(es) listed below:
            David Paul Holtkamp   on behalf of Debtor Ruven Gaceveto Acevedo dholtkamp@wfactorlaw.com,
            gsullivan@wfactorlaw.com
            Joseph E Cohen   on behalf of Attorney  Cohen & Krol jcohen@cohenandkrol.com,
            jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
            Joseph E Cohen   on behalf of Spec. Counsel Martin B Schorsch jcohen@cohenandkrol.com,
            jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com

District/off: 0752-1          User: ccabrales          Page 2 of 2          Date Rcvd: Sep 27, 2013
                             Form ID: pdf006          Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joseph E Cohen    jcohen@cohenandkrol.com,   jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
          Konstantine T. Sparagis    on behalf of Creditor    SC Real Estate LLC gsparagi@yahoo.com,
           mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietro
           ester@msn.com;gus@bestclientinc.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Sara E Lorber    on behalf of Debtor Ruven Gaceveto Acevedo slorber@wfactorlaw.com,
           nb@wfactorlaw.com;gsullivan@wfactorlaw.com
          William J Factor    on behalf of Debtor Ruven Gaceveto Acevedo wfactor@wfactorlaw.com,
           wfactorlaw@gmail.com;gsullivan@wfactorlaw.com
                                                                                        TOTAL: 8