UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ACEVEDO, RUVEN GACEVETO | § § | Case No. 12-37918 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>    CHAPTER 7 ADMIN. FEES<br>    AND CHARGES<br>    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER<br>    ADMIN. FEES AND<br>    CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED<br>    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on              . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/JOSEPH E. COHEN_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RUVEN GACEVETO ACEVEDO |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase 10790 Rancho Bernardo Rd San Diego, CA 92127 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Farm Fncl Svcs F State Farm Bank/ Attention: Bankruptcy Po Box 2328 Bloomington, IL 61702 | | | | | |
| 000001 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| ASSOCIATED BANK | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| MARTIN B. SCHORSCH | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance Po Box 168088 Irving, TX 75016 | | | | | |
| | Cap1/bstby Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citgo Oil / Citibank Attn: Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Citicorp Credit Services/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Rino's Distributor, Inc. 4835 West Harrison Street Chicago, IL 60644 | | | | | |
| | SC Real Estate LLC co Cole Sadkin 1415 W. Barry Avenue, Suite 3 Chicago, IL 60657 | | | | | |
| | Sears/cbna Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Southwest Credit Syste 4120 International Parkway Suite 1100 Carrollton, TX 75007 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | ILLINOIS BELL TELEPHONE COMPANY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-37918 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ACEVEDO, RUVEN GACEVETO | Date Filed (f) or Converted (c): | 09/25/12 (f) |
| | | 341(a) Meeting Date: | 11/08/12 |
| For Period Ending: 04/15/14 | | Claims Bar Date: | 09/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 862 Glenview Avenue, Mundelein | 133,564.00 | 0.00 | | 0.00 | 0.00 |
| 2. Location: 862 Glenview Avenue, Mundelein IL 60060 | 100.00 | 0.00 | | 0.00 | 0.00 |
|     Location: 862 Glenview Avenue, Mundelein IL 60060 | | | | | |
| 3. Bank of America in Mundelein | 1,800.00 | 0.00 | | 0.00 | 0.00 |
|     Bank of America in Mundelein | | | | | |
| 4. CD at PNC acquired with social security payments m | 0.00 | 0.00 | | 0.00 | 0.00 |
|     CD at PNC acquired with social security payments made to 7 yr. old daughter. Debtor's name is on account because daughter is a minor. | | | | | |
| 5. couches, TVs, beds, general household goods Locati | 1,000.00 | 0.00 | | 0.00 | 0.00 |
|     couches, TVs, beds, general household goods Location: 862 Glenview Avenue, Mundelein IL 60060 | | | | | |
| 6. Men's wardrobe | 500.00 | 0.00 | | 0.00 | 0.00 |
|     Men's wardrobe | | | | | |
| 7. 2 rings | 1,000.00 | 0.00 | | 0.00 | 0.00 |
|     2 rings | | | | | |
| 8. Stock in Rancho Grande | 0.00 | 0.00 | | 0.00 | 0.00 |
|     Stock in Rancho Grande | | | | | |
| 9. various small loans to people (most no longer in c | 1,000.00 | 0.00 | | 0.00 | 0.00 |
|     various small loans to people (most no longer in country) | | | | | |
| 10. Potential Taxd Refund for 2012 and potential claim | 0.00 | 0.00 | | 0.00 | 0.00 |
|     Potential Taxd Refund for 2012 and potential claim against landlord. | | | | | |
| 11. """""""""""""""""""""nbKI | 18,500.00 | 0.00 | | 0.00 | 0.00 |
|     2007 Mercedes E Class | | | | | |
| 12. fax machine and computer | 50.00 | 0.00 | | 0.00 | 0.00 |
|     fax machine and computer | | | | | |
| 13. Food inventory - estimate of $1500 | 0.00 | 0.00 | | 0.00 | 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 12-37918 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ACEVEDO, RUVEN GACEVETO | | | | Date Filed (f) or Converted (c): | 09/25/12 (f) |
| | | | | | 341(a) Meeting Date: | 11/08/12 |
| | | | | | Claims Bar Date: | 09/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Food inventory - estimate of $1500 14. Old restaurant equipment - estimated value of $10, Old restaurant equipment - estimated value of $10,000 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. dog dog | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16. LEGAL MALPRACTICE (u) | 27,000.00 | 30,000.00 | | 27,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $184,514.00 | $30,000.00 | | $27,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS SETTLING PENDING LITIGATION FOR $27,000.00.  TRUSTEE HAS FILED HIS FINAL REPORT AND RELATED DOCUMENTS WITH
THE COURT.  TRUSTEE HAS MADE DISTRIBUTION TO THE CREDITORS PER THE FINAL REPORT - January 17, 2014.  TRUSTEE IS
SUBMITTING HIS TDR - June 23, 2014.

Initial Projected Date of Final Report (TFR): 10/31/13      Current Projected Date of Final Report (TFR): 10/31/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-37918 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ACEVEDO, RUVEN GACEVETO | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2374 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7551 | | |
| For Period Ending: | 04/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/15/13 | 16 | LIBERTY MUTUAL | Settlement of Lawsuit | 1242-000 | 27,000.00 | | 27,000.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.01 | 26,977.99 |
| 09/10/13 | 300001 | MARTIN B. SCHORSCH | Attorney for Trustee fees | 3210-000 | | 10,800.00 | 16,177.99 |
| 11/08/13 | 300002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 3,052.20 | 13,125.79 |
| 11/08/13 | 300003 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 56.72 | 13,069.07 |
| 11/08/13 | 300004 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 1,364.00 | 11,705.07 |
| 11/08/13 | 300005 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 682.00 | 11,023.07 |
| 11/08/13 | 300006 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Claim 000002, Payment 100.00000% | 7100-000 | | 1,007.00 | 10,016.07 |
| 11/08/13 | 300007 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | Claim 000003, Payment 100.00000% | 7100-000 | | 110.00 | 9,906.07 |
| 11/08/13 | 300008 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000004, Payment 100.00000%<br>(4-1) CREDIT CARD DEBT | 7100-000 | | 5,984.78 | 3,921.29 |
| 11/08/13 | 300009 | RUVEN GACEVETO ACEVEDO<br>862 GLENVIEW AVENUE<br>MUNDELEIN, IL 60060 | Surplus Funds | 8200-002 | | 3,921.29 | 0.00 |

Page Subtotals 27,000.00 27,000.00

Ver: 18.00a

LFORM24

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-37918 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ACEVEDO, RUVEN GACEVETO | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2374 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7551 | | |
| For Period Ending: | 04/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 27,000.00 | 27,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 27,000.00 | 27,000.00 | |
| Less: Payments to Debtors | | 3,921.29 | |
| Net | 27,000.00 | 23,078.71 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******2374 | 27,000.00 | 23,078.71 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 27,000.00 | 23,078.71 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*